with ten dollars costs and disbursements. No opinion

Artemus S. Cody, as Executor, etc., Respondent, v. William de W. Bruce, Appellant.— Decree affirmed, with costs.   No opinion.

James A. Merritt, Respondent, v. John A. Fowler, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.   No opinion.

In the Matter of the Manhattan Railway Company, Appellant, v. August Klipstein and Others, Respondents.— Order reversed, with costs, unless stipulation be given to reduce award in respect to No. 122 Pearl street to $7,250, and in respect to Nos. 129, 131, 133 and 135 Pearl street to $42,500.   No opinion.

Empire Warehouse Company, Plaintiff, v. Peter Mallett, as Surviving Partner, Defendant.— Motion for reargument denied.

Ada M. Dow-Currier, Respondent, v. David Henderson, Appellant.— Motion denied, with ten dollars costs.   The case of *Tozer* v. *N. Y. C. & H. R. R. R. Co.* (105 N. Y. 617) was not overlooked, but the question arose in that case quite differently from the manner in which it is presented in the case at bar.

John Hahnenfield, Appellant, v. David Jacobson, Respondent.— Appealed dismissed, with ten dollars costs.

John McQueen, Receiver, etc., Respondent, v. Tobias New, Appellant, Impleaded, etc.— Judgment affirmed, with leave to defendant to answer over on payment of costs.   No opinion.

Sarah Gleeson, as Administratrix, Appellant, v. John Brummer, Respondent.   Reargument ordered.

---

## FOURTH DEPARTMENT, APRIL TERM, 1895.

William Dempsey, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave given to defendant to answer upon payment of costs of the demurrer and of this appeal. Leave granted to appeal to the Court of Appeals.   (See certificate filed with clerk.)

The City of Syracuse, Respondent, v. Skaneateles Paper Company, Lakeside Paper Company, Forest G. Weeks and Sarah A. Weeks, Appellants, Impleaded with Richard Stacey and Others.—The portion of the order of the Special Term of June 17, 1893, entered June 30, 1893, directing an amendment of the petition and schedules, so far as appealed from, vacated without prejudice to either party.— *Mem.* PER CURIAM : Inasmuch as our opinion in the principal* case leads to a reversal of a preliminary judgment and vacating the appraisals and reversing the orders of confirmation, and as it will become necessary, if the plaintiff further prosecutes this proceeding, to amend its petition and schedule, it is, therefore, unnecessary to pass upon the question of the propriety of the discretion exercised by the Special Term in granting the order appealed from.   We may, therefore, properly vacate the order without prejudice to either party and without costs to either party, so far as it is appealed from. The portions of the order of the Special Term of June 17, 1893, entered June 30, 1893, directing an amendment of the petition and schedules, so far as appealed from, vacated without prejudice to either party and without costs to either party.   Present — Hardin, P. J., Martin and Merwin, JJ.

The City of Syracuse, Respondent and Appellant, v. The Skaneateles Paper Company, Lakeside Paper Company, Appellants and Respondents.—Order vacated and set aside, without costs to either party.— *Mem.* PER CURIAM : The results reached in *The City of Syracuse* v. *Richard M. Stac y and Others,** as evidenced by our opinion and decision in that case, seem to supersede the necessity of considering and deciding the questions presented by the order involved in this appeal.   Order vacated and set aside, without costs to either party.   Present — Hardin, P. J., Martin and Merwin, JJ.

The City of Syracuse. Respondent, v. Skaneateles Paper Company, The Lakeside Paper Company and Others, Appellants.— Appeal dismissed, without costs to either party.— *Mem.* PER CURIAM: Inasmuch as the conclu-

sion has been reached by this court in the case of *The City of Syracuse* v. *Richard M. Stacey and Oth r ,** for the reasons stated in the opinion of Hardin, P. J., therein, and the judgment and order appointing commissioners, and the order of confirmation of their report, should be reversed and the appraisal vacated, as will more fully appear by reference to the order made in accordance with the opinion in that case, it is deemed unnecessary to consider the merits of the appeal from the order denying the motion made by the defendants to vacate and set aside the decision and judgment and orders in said proceeding, and, therefore, the appeal from the order herein referred to is dismissed, without costs to either party.   Appeal dismissed, without costs to either party.   Present — Hardin, P. J., Martin and Merwin, JJ.

The City of Syracuse, Appellant, v. Richard M. Stacey, The Skaneateles Savings Bank and Others, Respondents.—Order, so far as it awards costs and extra allowance to any of the respondents against the plaintiff, vacated and set aside.— *Mem.* PER CURIAM : Inasmuch as we have reached the conclusion at this term, for the reasons stated in the opinion of Hardin, P. J., in *The City of Syracuse* v. *Richard M. Stacey and Others,** that the order of confirmation and the judgment of the Special Term appointing commissioners should be reversed and the appraisal vacated and set aside, it follows as a sequence that the order awarding costs to the respondents against the plaintiffs and an extra allowance, in so far as it is appealed from, should fall and be vacated.   Order, so far as it awards costs and an extra allowance to any of the respondents against the plaintiff, vacated and set aside.   Present — Hardin, P. J., Martin and Merwin, JJ.

The City of Syracuse, Respondent, v. Richard M. Stacey, Leonard H. Earll, The Glenside Woolen Mills, Central New York Electric Light and Power Company, Simon D. Paddock, George Barrow and Others, Appellants.—Order denying motion to send back to the commissioners of appraisal herein the report made by them on May 7, 1894, vacated and set aside, without costs to either party.— *Mem.* PER CURIAM : Having at this term reached the conclusion, for the reasons stated in the opinion of Hardin, P. J., in *The City of Syracuse* v. *Richard M. Stacey an t Others,** that the judgment and order ap-

---

* See *ante,* page 441.